IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FERNANDO MURILLO, | NO. C 02-00111 JW |
| Petitioner(s), | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| v. | |
| JOSEPH L. MCGRATH, Warden | |
| Respondent(s). | |

Petitioner Fernando Murillo initiated this action on January 8, 2002, and sought leave to proceed in forma pauperis and for appointment of counsel. On that same day the Court sent a Notice to Petitioner advising him that he had neither paid the filing fee nor submitted a proper application for leave to proceed in forma pauperis. The Court provided a copy of the correct form to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if Petitioner failed to pay the fee or file the completed application within thirty days. When Petitioner failed to respond, the Court dismissed the case without prejudice for failure to pay the filing fee on February 21, 2002.

On March 18, 2002, Petitioner filed a prisoner trust fund account statement. On April 4, 2002, the Court issued an order advising Petitioner that the Court could not take any further action in the case because the case had been dismissed. The Court also advised Petitioner that he was free to file a new petition. Also on April 4, 2002, the Court entered judgment.

P:\PRO-SE\SJ.Jw\Hc.02\murillo111coa.wpd

1   Years later, on August 24, 2005, Petitioner filed the following documents: (1) a notice of
2   appeal and request for a certificate of appealability; (2) a first amended petition for writ of habeas
3   corpus; (3) a motion for leave to proceed in forma pauperis; and (4) a request for appointment of
4   counsel.[1]

5   A petitioner may not appeal a final order in a federal habeas corpus proceeding without first
6   obtaining a certificate of appealability (formerly known as a certificate of probable cause to appeal).
7   28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  A judge shall grant a certificate of appealability "only if
8   the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. §
9   2253(c)(2).  The certificate must indicate which issues satisfy this standard.  See id. § 2253(c)(3).

10  As stated above, the Court properly dismissed the action for failure to pay the requisite filing
11  fee in a timely manner.  Accordingly, the Court DENIES the certificate of appealability.

12  Further, the Court advises Petitioner once again that he is free to file a new petition, if he
13  believes he has a legal basis for doing so at this late date; however, the new petition must be filed as
14  a new action and be assigned a new case number.  Petitioner's two 2002 cases are now closed, and
15  will not be reopened unless the Ninth Circuit reverses the Court's orders of dismissal and judgment.

16  The Clerk shall transmit the file, including a copy of this order, to the Court of Appeals.  See
17  Fed. R. App. P. 22(b).[2]

18
    Dated: April __, 2006
19                                                          _____
                                                            JAMES WARE
20                                                          United States District Judge

---

[1] The Court notes that these four documents were also filed in another case initiated by Petitioner, Murillo v. McGrath, C02-3264 JW.  The Court dismissed the action for failure to pay the filing fee on February 10, 2004.

[2] Petitioner may then ask the Court of Appeals to issue the certificate, see Fed. R. App. P. 22(b)(1), or if he does not, the notice of appeal will be construed as such a request, see Fed. R. App. P. 22(b)(2).

P:\PRO-SE\SJ.Jw\Hc.02\murillo111coa.wpd                   2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Fernando Murillo
P-33479
High Desert State Prison
P. O. Box 3030
Susanville, Ca 96127

Attorney General's Office
455 Golden Gate Ave.
Suite 11000
San Francisco, CA 94102

**Dated: April __, 2006**             **Richard W. Wieking, Clerk**

                                      **By:   /s/JW Chambers**
                                          **Melissa Peralta**
                                          **Courtroom Deputy**

P:\PRO-SE\SJ.Jw\Hc.02\murillo111coa.wpd